IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Criminal Case No. 8:10-CR-00777-RWT-1 |
| v. | * | |
| | * | Hon. Judge Roger W. Titus |
| MATT NICKA | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT NICKA'S MOTION TO CONTINUE STATUS
CONFERENCE SCHEDULED FOR JANUARY 5, 2015

The defendant, Matthew Nicka, through undersigned counsel, respectfully requests that the telephone status conference scheduled for January 5, 2015 be vacated and rescheduled at the Court's and all parties' convenience.  Counsel for Mr. Nicka has a conflict and is unavailable due to travel for a sentencing in the United States District Court in Kansas.  The government and counsel for co-defendants Gretchen Peterson and David D'Amico have no objection to this request.  All counsel have indicated that if the Court grants this request and should the Court desire, 4:00 pm on January 7, 8 or 9, is available. Counsel appreciates the Court's consideration of this request.


Dated: January 5, 2015

                                                Respectfully submitted,

                                                */s/ James A. Bustamante*
                                                JAMES A. BUSTAMANTE
                                                Cal. SBN 133675
                                                Law Office of James A. Bustamante
                                                809 Montgomery Street, 2nd Floor
                                                San Francisco, CA 94133
                                                Telephone 415/394-3800
                                                Facsimile 415/394-3806
                                                myke@jacksonsquarelaw.com

                                                Attorney for Defendant
                                                MATT NICKA

Certificate of Service

I hereby certify that on January 5, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys of record.

/s/ James A. Bustamante
JAMES A. BUSTAMANTE
Cal. SBN 133675
Law Office of James A. Bustamante
809 Montgomery Street, 2nd Floor
San Francisco, CA 94133
Telephone 415/394-3800
Facsimile 415/394-3806
myke@jacksonsquarelaw.com

Attorney for Defendant
MATT NICKA