## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * Case No. RWT 10cr0777 |
| **MATT NICKA,** *et al.* | * |

## ORDER

The Court having conducted a telephone status conference with respect to Defendants Matt Nicka, Gretchen Peterson, and David D'Amico on January 9, 2015, it is this 15th day of January, 2015, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant D'Amico's Consent Motion for an Extension of Time to File Motions [ECF No. 896] is **GRANTED**; and it is further

**ORDERED**, that Defendant Peterson's Motion on Consent to Modify Scheduling Order Filed December 11, 2014 [ECF No. 923] is **GRANTED**; and it is further

**ORDERED**, that Defendant Nicka's Motion for Joinder in Co-Defendant Peterson's Unopposed Motion to Modify Scheduling Order [ECF No. 924] is **GRANTED**; and it is further

**ORDERED**, that the deadline for the Government to respond to Defendant D'Amico's Motion for Return of Property [ECF No. 907] is **February 13, 2015**; and it is further

**ORDERED**, that the deadline for the Defendants to file any pretrial motions is **EXTENDED** to **March 6, 2015**; and it is further

**ORDERED**, that the deadline for the Government to file any oppositions to the Defendants' pretrial motions is **June 5, 2015**; and it is further

**ORDERED**, that the deadline for the Defendants to file any replies to the Government's oppositions is **June 26, 2015**; and it is further

**ORDERED**, that the hearing on pending motions previously scheduled for May 22, 2015 is **RESCHEDULED** for **July 22, 2015 at 9:00 a.m.**, with four hours scheduled for argument; and it is further

**ORDERED**, that a five-week trial is **SCHEDULED** from March 1, 2016 to April 1, 2016, to be held on Tuesday through Friday during each week; and it is further

**ORDERED**, that in order to provide time for the Court to consider and decide the parties' pretrial motions, the time from **May 22, 2015**, to the motions hearing date of **July 22, 2015**, and thereafter until a decision on the pretrial motions, is hereby **EXCLUDED** from the calculation of the time limits set forth in the Speedy Trial Act, 18 U.S.C. § 3161;[1] and it is further

**ORDERED**, that due to the complexity of the case, the nature of the prosecution, the attorneys' current trial schedules, the time necessary for the parties to prepare for trial, and the Court concluding that the ends of justice are served by excluding the time between July 22, 2015, and the trial of this case outweigh the best interests of the public and the Defendant in a speedy trial, the time from **July 22, 2015,** to the trial date of **March 1, 2016** is hereby **EXCLUDED** from the calculation of the time limits set forth in the Speedy Trial Act, 18 U.S.C. § 3161; and it is further

---

[1] By order entered October 7, 2014, the time from October 2, 2014 through May 22, 2015, was previously excluded from the calculation of the time limits set forth in the Speedy Trial Act, 18 U.S.C. § 3161.  *See* ECF No. 901.

**ORDERED**, that a telephone status conference is **SCHEDULED** for **May 27, 2015 at 5:30 p.m.**, to be initiated by the Court.

                                                /s/
                               ROGER W. TITUS
                    UNITED STATES DISTRICT JUDGE