IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal Case No. 8:10-CR-00777-RWT-1 |
| v. | * | |
| MATT NICKA | * | Hon. Judge Roger W. Titus |

* * * * * * * * * * * * *

DEFENDANT MATT NICKA'S UNOPPOSED MOTION FOR
TWO WEEK EXTENSION FOR FILING FURTHER PRETRIAL MOTIONS

    Defendant, Matt Nicka, through undersigned counsel, respectfully moves this Court to grant a two week extension of time for filing further pretrial motions, from March 6, 2015 to March 20, 2015. The reason for this request is to allow a short period of additional time needed to complete review of the voluminous discovery and obtain documents needed for preparation of pretrial motions. The government, through Assistant United States Attorney, Deborah Johnston, and codefendants Gretchen Peterson, through attorney, Lee Ginsberg, and David D'Amico, through attorney, Richard A. Finci, advised that they have no objection to this request.

    Dated: March 3, 2015

    Respectfully submitted,

*/s/ James A. Bustamante*
JAMES A. BUSTAMANTE
Cal. SBN 133675
Law Office of James A. Bustamante
809 Montgomery Street, 2nd Floor
San Francisco, CA 94133
Telephone 415/394-3800
Facsimile 415/394-3806
myke@jacksonsquarelaw.com

Attorney for Defendant
MATT NICKA

<u>Certificate of Service</u>

I hereby certify that on March 3, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys of record.

> /s/ James A. Bustamante
> JAMES A. BUSTAMANTE
> Cal. SBN 133675
> Law Office of James A. Bustamante
> 809 Montgomery Street, 2nd Floor
> San Francisco, CA 94133
> Telephone 415/394-3800
> Facsimile 415/394-3806
> myke@jacksonsquarelaw.com
>
> Attorney for Defendant
> MATT NICKA